FORM 8A. Entry of Appearance                              Form 8A (p.1)
                                                          July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

Case Number: 2025-1861

Short Case Caption: Crusoe Energy Systems, LLC v. Upstream Data Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Upstream Data Inc.

| | |
|---|---|
| Principal Counsel: Stanley J. Panikowski | Admission Date: 04/06/2004 |
| Firm/Agency/Org.: DLA Piper LLP (US) | |
| Address: 4365 Executive Drive, Suite 1100, San Diego, CA 92121-2133 | |
| Phone: (858) 677-1400 | Email: stanley.panikowski@us.dlapiper.com |
| Other Counsel: Clayton Thompson | Admission Date: 3/17/03 |
| Firm/Agency/Org.: DLA Piper LLP (US) | |
| Address: 1201 West Peachtree Street NW, Suite 2900, Atlanta, GA 30309-3800 | |
| Phone: (404) 736-7876 | Email: clayton.thompson@us.dlapiper.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: June 30, 2025

Signature: /s/ Stanley J. Panikowski

Name: Stanley J. Panikowski

FORM 8A. Entry of Appearance                                    Form 8A (p.2)
                                                                  July 2020

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| Other Counsel: Yakov M. Zolotorev | Admission Date: 1/10/14 |
|---|---|
| Firm/Agency/Org.: DLA Piper LLP (US) | |
| Address: 3202 Hanover Street, Suite 100, Palo Alto, CA 94304 | |
| Phone: (650) 833-2000 | Email: jake.zolotorev@us.dlapiper.com |
| Other Counsel: | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| Other Counsel: | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| Other Counsel: | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| Other Counsel: | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |