FORM 26. Docketing Statement

Form 26 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### DOCKETING STATEMENT

**Case Number:** 2025-1861

**Short Case Caption:** Crusoe Energy Systems, LLC v. Upstream Data Inc.

**Filing Party/Entity:** Upstream Data Inc.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| USPTO | PGR2023-00039 | Post-grant review |

Relief sought on appeal: ☐ None/Not Applicable

Affirm PTAB decision that claims 1-4, 7-12, 15-30, 34-37, and 40 of the '372 patent were not shown by a preponderance of the evidence to be unpatentable.

Relief awarded below (if damages, specify): ☐ None/Not Applicable

Finding that claims 1-4, 7-12, 15-30, 34-37, and 40 of the '372 patent were not shown by a preponderance of the evidence to be unpatentable.

Briefly describe the judgment/order appealed from:

Appellant appeals the Board's January 21, 2025 Final Written Decision and the Delegated Rehearing Panel's April 11, 2025 Decision.

Nature of judgment (select one):          Date of judgment: 1/21/2025

    ☑ Final Judgment, 28 USC § 1295
    ☐ Rule 54(b)
    ☐ Interlocutory Order (specify type) _____
    ☐ Other (explain)          _____

**FORM 26. Docketing Statement**                                        Form 26 (p. 2)
                                                                          July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.   ☑ None/Not Applicable

[blank box]

Issues to be raised on appeal:   ☑ None/Not Applicable

[blank box]

Have there been discussions with other parties relating to settlement of this case?

☑   Yes   ☐   No

If "yes," when were the last such discussions?

- ☐ Before the case was filed below
- ☐ During the pendency of the case below
- ☑ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?          ☐ Yes     ☑ No

If they were mediated, by whom?

N/A

Do you believe that this case may be amenable to mediation? ☐ Yes    ☑ No

Explain.

Mediation would not materially assist any possible resolution of the matter.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

None

Date:  June 30, 2025          Signature:  /s/ Stanley J. Panikowski

                              Name:    Stanley J. Panikowski

Save for Filing