FORM 9A. Notice of Related Case Information | Form 9A (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

Case Number: 2025-1861

Short Case Caption: Crusoe Energy Systems, LLC v. Upstream Data Inc.

Filing Party/Entity: Upstream Data Inc.

> Instructions: Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. See Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. Related or prior cases. Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Upstream Data Inc. v. Crusoe Energy Systems, LLC, Case No. 1:23-cv-1252 (United States District Court, Colorado)

☐ Additional pages attached

FORM 9A. Notice of Related Case Information                    Form 9A (p. 2)
                                                                  March 2023

2. Names of all parties involved in the cases listed above.  Do not duplicate the names of parties.  Do not relist the case information.  Fed. Cir. R. 47.5(b)(2)(A).

> Upstream Data Inc.
>
> Crusoe Energy Systems, LLC

☐   Additional pages attached

3. Names of all law firms, partners, and associates in the cases listed above.  Do not duplicate the names of law firms, partners, and associates.  Do not relist case information and party names.  Fed. Cir. R. 47.5(b)(2)(B).

> DLA Piper LLP (US) - Carrie Williamson, Clayton Thompson, II, Yakov M. Zolotorev
>
> Spencer Fane LLP - Danille Joy Healty, Jacob Foster Hollars

☐   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: June 30, 2025

Signature: /s/ Stanley J. Panikowski

Name: Stanley J. Panikowski