FORM 9A. Notice of Related Case Information                Form 9A (p. 1)
                                                            March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

| | |
|---|---|
| **Case Number** | 25-1861 |
| **Short Case Caption** | Crusoe Energy Systems, LLC v. Upstream Data Inc. |
| **Filing Party/Entity** | Crusoe Energy Systems, LLC |

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

*Upstream Data Inc. v. Crusoe Energy Systems LLC*,
  Case No. 1:23-cv-01252 (D.Col.)

☐    Additional pages attached

FORM 9A. Notice of Related Case Information    Form 9A (p. 2)
March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

Upstream Data Inc.
Crusoe Energy Systems, LLC

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

<u>DLA Piper LLP (US)</u>
Carrie L. Williamson
Clayton Walter Thompson, II
Yakov M. Zolotorev

<u>Spencer Fane LLP</u>
Danielle Joy Healey
Jacob Foster Hollars

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 6/30/2025

Signature: */s/ John C. Phillips*

Name: John C. Phillips

Save for Filing