FORM 26. Docketing Statement                                            Form 26 (p. 1)
                                                                         July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

| | |
|---|---|
| **Case Number:** | 25-1861 |
| **Short Case Caption:** | Crusoe Energy Systems, LLC v. Upstream Data Inc. |
| **Filing Party/Entity:** | Crusoe Energy Systems, LLC |

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| US Patent and Trademark Office | PGR2023-00039 | Post Grant Review |

**Relief sought on appeal:** ☐ None/Not Applicable

Reversal or vacatur of the US Patent Trial and Appeal Board's Final Written Decision holding that claims 1-4, 7-12, 15-30, 34-37, and 40 of US Patent No. 11,574,372 are not unpatentable.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

The Board found that claims 1-4, 7-12, 15-30, 34-37 and 40 of the '372 patent are not unpatentable.

**Briefly describe the judgment/order appealed from:**

*See attached.*

Nature of judgment (select one):              Date of judgment: 1/21/25 & 4/11/25

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)                      _____

**FORM 26. Docketing Statement**  Form 26 (p. 2)
July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☒ None/Not Applicable

Issues to be raised on appeal:  ☐ None/Not Applicable

> Whether the Board correctly concluded that claims 1-4, 7-12, 15-24, 25-30, 34-37 and 40 of the '372 patent are not unpatentable.

Have there been discussions with other parties relating to settlement of this case?
☒ Yes  ☐ No

If "yes," when were the last such discussions?
- ☐ Before the case was filed below
- ☐ During the pendency of the case below
- ☒ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?  ☐ Yes  ☒ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation?  ☐ Yes  ☒ No

Explain.

> Prior settlement discussions were unsuccessful.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

> None.

Date: 6/30/2025

Signature: /s/ John C. Phillips

Name: John C. Phillips

Save for Filing

**Briefly describe the judgment/order appealed from:**

In its Final Written Decision issued January 21, 2025 (Paper 45), the Board held that claims 1 and 24 of the '372 patent are unpatentable, while claims 2-4, 7-12, 15-23, 25-30, 34-37 and 40 are *not* unpatentable. In the subsequent Decision of the Delegated Director Review of Final Written Decision issued April 11, 2025 (Paper 49), the Delegated Rehearing Panel further held that claims 1 and 24 of the '372 patent are not unpatentable.