**No. 25-1861**

# United States Court of Appeals for the Federal Circuit

**CRUSOE ENERGY SYSTEMS, LLC,**

*Appellant,*

*v.*

**UPSTREAM DATA INC.,**

*Appellee.*

APPEAL FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE, PATENT TRIAL AND APPEAL BOARD IN NO. PGR2023-00039

**APPELLANT'S UNOPPOSED MOTION FOR 2ND 30-DAY EXTENSION OF TIME TO FILE ITS OPENING BRIEF**

| | |
|---|---|
| John C. Phillips<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real<br>Suite 400<br>San Diego, CA 92130<br>Tel: (858) 678-5070<br>phillips@fr.com | John A. Dragseth<br>FISH & RICHARDSON P.C.<br>60 South 6th Street<br>Suite 3200<br>Minneapolis, MN 55402<br>Tel: (612) 335-5070<br>dragseth@fr.com |
| October 20, 2025 | *Attorneys for Appellant*<br>*Crusoe Energy Systems, LLC* |

# CERTIFICATE OF INTEREST

Counsel for Appellant Crusoe Energy Systems, LLC ("Crusoe") certifies the following:

1. Provide the full names of all entities represented by undersigned counsel in this case.

    **Crusoe Energy Systems, LLC[1]**

2. Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

    **None/Not Applicable.**

3. Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

    **None/Not Applicable.**

4. List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

    **Fish & Richardson P.C.: Jia Zhu**

5. Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

    **Yes (*see* Appellant's Notice of Related Case Information at Dkt. 8)**

6. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

    **None/Not Applicable**

Dated: October 20, 2025          */s/ John C. Phillips*
                                                    John C. Phillips

---

[1] On or about June 10, 2025, New York Digital Investment Group LLC (NYDIG) acquired Crusoe Energy Systems, LLC's bitcoin mining operation.

# UNOPPOSED MOTION FOR 2ND 30-DAY EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF

Pursuant to Federal Circuit Rule 26(b), Appellant Crusoe Energy Systems, LLC ("Crusoe") respectfully requests a 30-day extension of time to file its opening brief. This brief is currently due on October 27, 2025. The proposed new deadline would be November 26, 2025. This request is Crusoe's second extension request in this appeal. Crusoe's counsel has notified counsel for Appellee Upstream Data Inc. ("Upstream") of its intent to seek an extension, and Upstream had no objection to the requested extension.

Crusoe has good cause to request this extension. The Parties have made a serious commitment to mediate and are making a good faith attempt to settle this case before the Court and the parties expend significant resources. An additional 30-day extension will allow the parties to focus on settlement discussions and will provide sufficient time for Crusoe to prepare and file its opening brief if the settlement discussions are unsuccessful.

For the foregoing reasons, Crusoe respectfully requests a 30-day extension, to November 26, 2025, to file its opening brief.

Dated: October 20, 2025					Respectfully submitted,

   */s/ John C. Phillips*
John C. Phillips
FISH & RICHARDSON P.C.
12860 El Camino Real
Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070

John A. Dragseth
FISH & RICHARDSON P.C.
60 South 6th Street
Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070

***Attorneys for Appellant***
***Crusoe Energy Systems, LLC***

# DECLARATION IN SUPPORT OF CRUSOE'S UNOPPOSED MOTION FOR 2ND 30-DAY EXTENSION OF TIME TO FILE OPENING BRIEF

I, John C. Phillips, hereby declare that:

1. I am an attorney admitted to practice before the U.S. Court of Appeals for the Federal Circuit. I have personal knowledge of the facts as set forth herein and if called upon to testify, could competently do so.

2. This Declaration is made in support of Appellant Crusoe's Unopposed Motion for 2nd 30-Day Extension of Time to File its Opening Brief.

3. Good cause exists for extending the time to file this brief. The Parties have made a serious commitment to mediate and are making a good faith attempt to settle this case before the Court and the parties expend significant resources. An additional 30-day extension will allow the parties to focus on settlement discussions and will provide sufficient time for Crusoe to prepare and file its opening brief if the settlement discussions are unsuccessful.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 20th day of October 2025.

> /s/ John C. Phillips
> John C. Phillips

## CERTIFICATE OF SERVICE AND FILING

I certify that on October 20, 2025, I electronically filed the foregoing **UNOPPOSED MOTION FOR 2ND 30-DAY EXTENSION OF TIME TO FILE OPENING BRIEF** of Appellant using the Court's CM/ECF filing system. Counsel for Appellee were electronically served by and through the Court's CM/ECF filing system per Fed. R. App. P. 25 and Fed. Cir. R. 25(e).

        */s/ John C. Phillips*
        John C. Phillips

## **CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The motion contains 181 words, excluding the parts of the motion authorized by Fed. R. App. P. 27(a)(2)(B). This motion has been prepared in a proportionally spaced typeface using Microsoft® Word for Microsoft 365 in Times New Roman, 14 Point.

Dated: October 20, 2025                    */s/ John C. Phillips*
                                           John C. Phillips