NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CRUSOE ENERGY SYSTEMS, LLC,**
*Appellant*

v.

**UPSTREAM DATA INC.,**
*Appellee*

---

2025-1861

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. PGR2023-00039.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Crusoe Energy Systems, LLC's unopposed motion for a 30-day extension of time, until November 26, 2025, to file its opening brief,

2   CRUSOE ENERGY SYSTEMS, LLC v. UPSTREAM DATA INC.

IT IS ORDERED THAT:

The motion is granted. No further extensions of time for the opening brief should be anticipated.

FOR THE COURT

October 23, 2025
Date

Jarrett B. Perlow
Clerk of Court