FORM 18. Joint Stipulation of Voluntary Dismissal                                    Form 18
                                                                                   March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

**Case Number**: 25-1861

**Short Case Caption**: Crusoe Energy Systems, LLC v. Upstream Data Inc.

**Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

2025-1861

Costs are to be assigned as follows:

[✓] Each side shall bear their own costs.
[ ] Other:

Date: 10/31/2025

Signature: */s/ Stanley J. Panikowski*
Name: Stanley J. Panikowski
Party Name: Upstream Data Inc.

Date: 10/31/2025

Signature: */s/ John C. Phillips*
Name: John C. Phillips
Party Name: Crusoe Energy Systems, LLC

[ ] Additional pages attached

Save for Filing